382 A.2d 756

Commonwealth v. Soroka, Appellant.

Submitted October 8, 1976.  Gene E. Goldenziel, Assistant Public Defender, for appellant;  Charles F. Wilson, Assistant District Attorney, and Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.